IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW PHILLIP DERR<br><br>Defendant. | No. 24-CR-00105<br><br>**INDICTMENT**<br><br>**Count 1**<br>18 U.S.C. § 1951<br>Interference with Commerce by Robbery<br><br>**Counts 2-4**<br>18 U.S.C. §§ 1956(a)(1)(B)(i),<br>1956(i)(B)<br>Money Laundering<br><br>**Count 5**<br>18 U.S.C. § 1951<br>Interference with Commerce by Robbery<br><br>**Counts 6-7**<br>18 U.S.C. §§ 1956(a)(1)(B)(i),<br>1956(i)(B)<br>Money Laundering<br><br>**Counts 8-9**<br>18 U.S.C. §§ 1956(a)(1)(B)(i),<br>1956(i)(B)<br>Money Laundering<br><br>**Forfeiture Allegations** |

The Grand Jury charges:

## Count 1

## Interference of Commerce by Robbery

At all times material to this Indictment, Casey's Retail Company, doing business as Casey's, a corporation headquartered in Ankeny, Iowa, was engaged in interstate commerce and in an industry which affects interstate and foreign commerce operating convenience stores in a sixteen-state region selling fuel, food, drinks, tobacco products, alcoholic beverages and other items.

On or about December 27, 2023, in the Northern District of Iowa defendant, ANDREW PHILLIP DERR, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, in that defendant did unlawfully take and obtain personal property consisting of United States currency and various items of merchandise from the person of and in the presence of Casey's store employees located at XXX Robins Square, Robins, Iowa, against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons.

This was in violation of Title 18, United States Code, Section 1951.

## Counts 2-4

## Money Laundering

On or about the dates listed below, in the Northern District of Iowa, Southern District of Iowa and elsewhere, defendant ANDREW PHILLIP DERR knowingly conducted and attempted to conduct a financial transaction, specifically a cash

1

deposit into an account at J.P. Morgan Chase Bank at a branch bank in Iowa City, Iowa, affecting interstate commerce, knowing that the property involved in the financial transaction, specifically:

| Count | Date | Activity | Amount |
|---|---|---|---|
| Count 2 | December 28, 2023 | Deposit | $2,375 |
| Count 3 | December 28, 2023 | Deposit | $130 |
| Count 4 | December 29, 2023 | Deposit | $400 |

which represented the proceeds of some form of unlawful activity, and which property was, in fact, the proceeds of specified unlawful activity, namely, (1) Interference of Commerce by Robbery in violation of 18 U.S.C. § 1951, as charged in Count 1, and (2) Robbery of the employees of Casey's in Robins, Iowa, on December 27, 2023, as prohibited under Chapter 711 of the Iowa Code, an offense punishable by more than 1 year of imprisonment, knowing that the transaction was designed at least in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity.

    This was in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 1956(i)(B).

## Count 5

## Interference of Commerce by Robbery

At all times material to this Indictment, Kum & Go, a corporation headquartered in Des Moines, Iowa, was engaged in interstate commerce and in an industry which affects interstate and foreign commerce by operating convenience stores in a thirteen-state region selling fuel, food, drinks, tobacco products, alcoholic beverages and other items. Kum & Go's parent company is Maverik and FJ Management headquartered in Salt Lake City, Utah.

On or about January 1, 2024, in the Northern District of Iowa, defendant, ANDREW PHILLIP DERR, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, in that the defendant did unlawfully take and obtain personal property consisting of approximately $245 currency and various items of merchandise from the person of and in the presence of Kum & Go store employees located at XX Four Oaks Drive SW, Cedar Rapids, Iowa, against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons.

This was in violation of Title 18, United States Code, Section 1951.

## Counts 6-7

## Money Laundering

On or about January 2, 2024, in the Northern District of Iowa, Southern District of Iowa and elsewhere, defendant ANDREW PHILLIP DERR knowingly conducted and attempted to conduct a financial transaction, specifically, a cash deposit into an account at J.P. Morgan Chase Bank at a branch bank in Iowa City, Iowa, affecting interstate commerce, knowing that the property involved in the financial transaction, specifically:

| Count   | Date            | Activity | Amount |
|---------|-----------------|----------|--------|
| Count 6 | January 2, 2024 | Deposit  | $748   |
| Count 7 | January 2, 2024 | Deposit  | $370   |

which represented the proceeds of some form of unlawful activity, and which property was, in fact, the proceeds of specified unlawful activity, namely, (1) Interference of Commerce by Robbery in violation of 18 U.S.C. § 1951, as charged in Counts 1 and 5, and (2) Robbery of the employees of Casey's in Robins, Iowa, on December 27, 2023, and Robbery of the employees of the Kum & Go store in Cedar Rapids, Iowa on January 1, 2024, as prohibited under Chapter 711 of the Iowa Code, an offense punishable by more than 1 year of imprisonment, knowing that the transaction was designed at least in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity.

This was in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 1956(i)(B).

## Counts 8-9

## Money Laundering

On or about the dates listed below, in the Northern District of Iowa, the District of Maryland and elsewhere, defendant ANDREW PHILLIP DERR knowingly conducted and attempted to conduct a financial transaction, specifically a cash deposit into an account at J.P. Morgan Chase Bank in Westminster, Maryland, affecting interstate commerce, knowing that the property involved in the financial transaction, specifically:

| Count   | Date            | Activity | Amount  |
| ------- | --------------- | -------- | ------- |
| Count 8 | January 5, 2024 | Deposit  | $2,390  |
| Count 9 | January 6, 2024 | Deposit  | $2,480  |

which represented the proceeds of some form of unlawful activity, and which property was, in fact, the proceeds of specified unlawful activity, namely:

(1) Interference of Commerce by Robbery in violation of 18 U.S.C. § 1951, as charged in Counts 1 and 5;

(2) a bank robbery of the Cedar Rapids Bank and Trust located at XXXX Council Street, Cedar Rapids, Iowa, on January 3, 2024, in violation of 18 U.S.C. § 2113;

5

(3) Robbery of the employees of Casey's in Robins, Iowa, on December 27, 2023, as prohibited under Chapter 711 of the Iowa Code, an offense punishable by more than 1 year of imprisonment;

(4) Robbery of the employees of the Kum & Go store in Cedar Rapids, Iowa, on January 1, 2024, as prohibited under Chapter 711 of the Iowa Code, an offense punishable by more than 1 year of imprisonment; and

(5) Robbery of the employees of the Cedar Rapids Bank and Trust on January 3, 2024, as prohibited under Chapter 711 of the Iowa Code, an offense punishable by more than 1 year of imprisonment, in which approximately $16,705 in U.S. currency was stolen,

knowing that the transaction was designed at least in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity.

This was in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 1956(i)(B).

## Forfeiture Allegations

## Money Laundering

Pursuant to Title 18, United States Code, Section 982(a)(1), defendant ANDREW PHILLIP DERR who upon conviction of one or more of the offenses set forth in Counts 2-4, and 6-9 shall forfeit to the United States the following property:

a. All right, title, and interest in any and all property involved in each offense in violation of Title 18, United States Code, Section 1956 for which the defendant is convicted, and all property traceable to such property, including the following: (1) all money or other property that

6

was the subject of each transaction, transportation, transmission or transfer in violation of Section 1956; (2) all commissions, fees and other property constituting proceeds obtained as a result of those violations; and (3) all property used in any manner or part to commit or to facilitate the commission of those violations.

b.  A sum of money equal to the total amount of money involved in each offense for which the defendant is convicted.

This forfeiture allegation includes, but is not limited to the following property:

$8,893 in United States currency

All in accordance with Title 18, United States Code, Section 982(a)(1) and Rule 32.2(a), Federal Rules of Criminal Procedure.

### Interference With Commerce by Robbery

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), defendant ANDREW PHILLIP DERR, who upon conviction of one or more of the offenses set forth in Counts 1 and 5, shall forfeit to the United States any property, real or personal which constitutes or is derived from proceeds traceable to the violations charged in Counts 1 and 3, pursuant to Title 18, United States Code, Section 1951 as a specified unlawful activity as defined in Title 18, United States Code, Section 1956(c)(7)(A).

This forfeiture allegation includes, but is not limited to the following property:

$7,290 in United States Currency

All in accordance with Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

TIMOTHY T. DUAX
United States Attorney

By: *Pat J. Reinert* (signature)

PATRICK J. REINERT
Assistant United States Attorney

A TRUE BILL

~~[redacted]~~
Grand Jury Foreperson    Date 11/19/24

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 11/19/2024
PAUL DE YOUNG, CLERK

8

Case 1:24-cr-00105-CJW-MAR    Document 3    Filed 11/19/24    Page 9 of 9