IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 24-CR-00105-CJW |
| vs. | ) | |
| ANDREW PHILIP DERR., | ) | |
| Defendant. | ) | |

## GOVERNMENT'S SENTENCING MEMORANDUM

The United States hereby provides its sentencing memorandum for defendant's November 14, 2025, sentencing hearing.

A. **Government Witnesses:** None, other than potentially the victims, who may wish to address the Court. If there is no victim allocation, 30 minutes should be sufficient. The United States has contacted the victims in this matter to assess whether any victim desires to orally address the Court. At this point no victims have stated a desire to address the Court. If this changes, the United States will notify the Court and counsel.

B. **Government Exhibits:** None.

C. **Sentencing Issues:** None.

Respectfully submitted,

LEIF OLSON
United States Attorney

By, /s/ *Patrick J. Reinert*

PATRICK J. REINERT
Assistant United States Attorney
111 Seventh Avenue SE
Cedar Rapids, IA 52401
319-363-6333 / 319-363-1990 (fax)
Pat.Reinert@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/   HAD